[No. 39811-3-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER JOHN KMIECIAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-03685-1, Faith Enyeart Ireland, J., entered November 25, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39838-5-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. S.D.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-05979-1, Donald D. Haley, J., entered November 5, 1996. *Reversed* by unpublished per curiam opinion.

[No. 40175-1-I.    Division One.    December 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
LEE WHITEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01988-1, Linda C. Krese, J., entered February 6, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41172-1-I.    Division One.    December 1, 1997.] ˙

THE CITY OF SEATTLE, *Petitioner*, v. IAN WASHBURN,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05630-4, Ricardo S. Martinez, J., entered July 22, 1997. *Reversed* by unpublished per curiam opinion.